In the Matter of the Petition of Reune Martin, Edwin C. Mulligan and George P. Sanborn for a Settlement of Their Accounts as Trustees of Leila R. Martin, Deceased.— Decree affirmed, with costs to the respondents payable

out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [138 Misc. 216.]